DocuSign Envelope ID: 4C268EE5-34D6-4745-8FB3-E1DF6BF50458

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JUAN SANTANA, Individually, and On Behalf of All Others Similarly Situated,

           Plaintiff,

vs.

SCARPA NORTH AMERICA, INC.,

           Defendant.

---------------------------------------------------------------x

Case No. 1:23-cv-1058

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. It is further agreed – pursuant to Northern District of New York Local Rules of Practice 41.3 – that no party hereto is an infant or incompetent.

DATED:  December 22, 2023          **MIZRAHI KROUB LLP**

_____
Edward Y. Kroub, Esq.
225 Broadway, 39th Floor
New York, NY  10007
Tel: (212) 595-6200
Fax: (212) 595-9700
Ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: December 22, 2023     **SCARPA NORTH AMERICA, INC.**



Kim J. Miller
CEO of Scarpa North America
Phone Number: 303-998-2895

IT IS SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge

Dated: January 4, 2024
      Albany, NY

2